DISTRICT OF OREGON, ss:          AFFIDAVIT OF NATHAN FIELD

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Nathan Field, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am a Deportation Officer with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations, and have been employed since June 21, 2021. My current assignment is to the Fugitive Operations Team in Medford, Oregon, where I am also designated as a TFO with the Homeland Security Investigations (HSI) Task Force. I am responsible for conducting criminal and administrative investigations into violations of Federal Immigration Law and related statutes. I have been employed by the Department of Homeland Security (DHS) for seven years, serving as both a Deportation Officer and a Customs and Border Protection Officer. Prior to that I was employed as a Police Officer with the Department of the Navy since January 18, 2007. I am a graduate of the U.S. Customs and Border Protection Officer Basic Training. I have also completed training in Immigration and Customs Enforcement, Enforcement and Removal Operations Deportation Officer Training Program in Charleston, South Carolina.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for Carlos MENDEZ CRUZ, ("MENDEZ CRUZ"), also known as MENDEZ, Apolonio Fidel, for: Illegal Reentry in violation of 8 U.S.C. §§ 1326(a). As set forth below, there is probable cause to believe, and I do believe, that Carlos MENDEZ CRUZ committed the above listed offense.

\ \ \

\ \ \

## Applicable Law

3.  Title 8, United States Code, Section 1326(a) establishes a crime for "any alien who has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding" who "thereafter enters, attempts to enter, or is at any time found in, the United States, unless [ ] prior to his re-embarkation at a place outside the United States . . ., the Attorney General has expressly consented to such alien's reapplying for admission."

## Statement of Probable Cause

4.  Carlos MENDEZ CRUZ is a thirty-one (31) year-old male (D.O.B. XX/XX/1994), native and citizen of Mexico, who last entered the United States illegally by crossing the international border on an unknown date, on or after October 29, 2013 at an unknown location, without first having obtained the consent of the Attorney General of the United States or the Secretary of Homeland Security.

5.  On November 5, 2025, MENDEZ CRUZ was located in Josephine County, Oregon following his arrest on state charges of Robbery in the Third Degree (ORS 164.395) and Theft in the Third Degree (ORS 164.043). MENDEZ CRUZ is currently lodged in Josephine County Jail Oregon.

6.  On November 5, 2025, Immigration and Customs Enforcement confirmed MENDEZ CRUZ's identity using fingerprint data and MENDEZ CRUZ's corresponding FBI number. MENDEZ CRUZ's' official DHS File A 205 057 581 revealed that MENDEZ CRUZ is a citizen of Mexico and claimed to be citizen of Mexico to an officer or agent, authorized to

determine such alienage, each time he was encountered by immigration officials. The file revealed that MENDEZ CRUZ was formally removed on:

- On March 29, 2012, (Removed) Port of Entry San Ysidro, California (Expedited Removal Order).

- On April 14, 2012, (Removed) Port of Entry Brownsville, Texas (Expedited Removal Order).

- On May 12, 2012, (Removed) Port of Entry Calexico, California (Reinstatement Final Order).

- On May 28, 2012, (Removed) Port of Entry Brownsville, Texas (Reinstatement Final Order).

- On January 25, 2013, (Removed) Port of Entry San Ysidro, California (Expedited Removal Order).

- On October 29, 2013, (Removed) Port of Entry Nogales, Arizona (Reinstatement Final Order).

MENDEZ CRUZ's photograph, along with the right fingerprint are memorialized on the Form I-205.

7.  MENDEZ CRUZ's immigration file contains no document, paperwork, or other indication that MENDEZ CRUZ ever sought, or was granted, the consent of the Attorney General or Secretary of Homeland Security to reapply for admission into the United States from a place outside the United States.

\ \ \

\ \ \

## Conclusion

10. Based on the foregoing, I have probable cause to believe, and I do believe, that Carlos MENDEZ CRUZ illegally re-entered the United States following his removal, in violation of 8 U.S.C. § 1326(a). I therefore request that the Court issue a criminal complaint and arrest warrant for Carlos MENDEZ CRUZ.

11. Prior to being submitted to the Court, this affidavit, the accompanying complaint, and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) John Brassell. AUSA Brassell advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

/s/ by telephone
NATHAN FIELD
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me telephonically or by other reliable means pursuant to Fed. R. Crim. P. 4.1 at \_11am_____ on November \_7_____, 2025.

HONORABLE MARK D. CLARKE
United States Magistrate Judge

Page 4 – Affidavit of Nathan Field